AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

SEALED / UNSEALED 1/26/24

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

APPLE ICLOUD BACKUPS

Case No. 20-165M

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Wilmington__ District of __Delaware__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein

**YOU ARE COMMANDED** to execute this warrant on or before __July 24, 2020__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 07/10/2020 10:10AM

*Judge's signature*

City and state: Wilmington, Delaware       Honorable Sherry R. Fallon, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-165M | Date and time warrant executed: 7/11/2020 @ 9 AM | Copy of warrant and inventory left with: Apple, Inc. / IRS-CI |
| Inventory made in the presence of: Robert Gearhart, IRS-CI Special Agent | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Four Apple Icloud Backups Containing information associated with the Apple Iphone and IPAD Backups ENDNG fc8f, 9a70, 8db4, and a323.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/20/2020

Executing officer's signature

Joseph A. Ziegler, Special Agent
Printed name and title

## ATTACHMENT A

### Property to be Searched

The property to be searched is the APPLE ICLOUD BACKUP DATA, defined below, located in the iCloud account data provided by Apple for the Apple User Identification rhbdc@icloud.com contained within Apple Production 19275210 received on or about September 25, 2019, pursuant to a prior search warrant for the Apple email account rhbc@icloud.com. The APPLE ICLOUD BACKUP DATA associated with Apple ID rhbdc@icloud.com and that will be searched includes the following specific device information:

- backup of an Apple iPhone X Device Identification D_8c78970d9dda9f5dbc1625b311efc72a6c50f68f;
- backup of an Apple iPhone 6S Device Identification D_cdbe6900fc533da66a6c28169158d05cfb419a70;
- backup of an Apple iPad Pro Device Identification D_f846713a36c06653457179e18582aa1c478e8db4; and
- backup of Apple iPhone XR Device Identification D_a15b4a173b8ee009ee9adb908be74e4db618a323.

(collectively, the "APPLE ICLOUD BACKUP DATA").

The APPLE ICLOUD BACKUP DATA is currently located at the FBI-Wilmington Resident Agency, 500 Delaware Avenue, Suite 300 Wilmington, DE, 19801.

## ATTACHMENT B

### Particular Things to be Seized

All information that constitutes fruits, contraband, evidence, and instrumentalities of tax evasion (26 U.S.C. § 7201), willful failure to file tax returns and failure to pay income tax (26 U.S.C. § 7203), and willfully filing false tax returns (26 U.S.C. § 7206(1)), those violations involving Robert Hunter Biden or any entity he owns or controls, occurring after January 1, 2014, including, for the APPLE ICLOUD BACKUP DATA listed on Attachment A, information pertaining to the following matters:

(a) All financial and other bookkeeping information and records, including correspondence regarding the same;

(b) All records and information relating to federal, state, and foreign individual, corporate, employment and property taxes, including correspondence regarding the same;

(c) All records and information pertaining to personal and business expenditures including correspondence regarding the same;

(d) All records and information reflecting business operations and business ownership, including business incorporation documents, employment records, paychecks, business expenses, business income, investments, and work schedules, including correspondence regarding the same;

(e) Evidence indicating the state of mind of the owner and user of the APPLE ICLOUD BACKUP DATA as it relates to the crime under investigation;

(f) Evidence of user attribution showing who used or owned the APPLE ICLOUD BACKUP DATA at the time the things described in this warrant were created,

edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI or IRS-CI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.